UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | |
| ROBERT GEIGER, | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| Defendant. | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | 21 U.S.C. § 844(a) |
| | : | (Possession of a Controlled Substance) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p), 21 U.S.C. § 853(a) and |
| | : | 28 U.S.C. § 2461(c) |

**GOVERNMENT'S NOTE OF EXPLANATION**

On May 1, 2025, the United States presented a case before a duly constitute grand jury in the District of Columbia against Robert Geiger alleging violations of three counts, 18 U.S.C. § 922(g) (Count 1), 18 U.S.C. § 922(j) (Count 2), and 21 U.S.C. § 844(a) (Count 3).

The case was presented before the grand jury on May 1, 2025. After presentation of the case, the Grand Jury returned a True Bill on Counts 1 and 3 and a No True Bill on Count 2, 18 U.S.C. § 922(j).

Inadvertently, the filed Indictment included all three counts but contained two errors. First, the indictment did not strike Count 2. Second, although the indictment included reference to subsection (a) of Title 21 United States Code Section 844 in the substantive language of Count 3,

it failed to include reference to that subsection in the caption of the Indictment. The clerical mistake was unable to be addressed after the signed Indictment was presented before the Court and the Court was unable to accept the indictment until the clerical issue was resolved with the Clerk's Office.

The undersigned AUSA reviewed the case law – namely *United States v. Perholtz*, 622 F. Supp. 1253 (D.D.C 1985) and *United States v. Sobamowo*, 892 F.2d 90, 95 (D.C. Cir. 1989), which indicate that changes involving matter of form, clerical errors, or amendments to an Indictment are permissible to the extent the Defendant is not misled or otherwise prejudiced by the changes. That case law was provided and reviewed by the Court on May 2, 2025.

Here, the Defendant will not be prejudiced or otherwise misled by the changes in the indictment because the United States is removing any allegation that Defendant violated Count 2, 18 U.S.C. § 922(j).

After discussions with the Court, and a review of the prevailing case law, it was determined that the following actions would be taken to resolve this matter on May 5, 2025:

1. The undersigned Assistant United States Attorney and the Grand Jury foreperson will strike Count 2, 18 U.S.C. § 922(j), from the filed Indictment and both will initial the same.

2. The undersigned Assistant United States Attorney and the Grand Jury foreperson will add subsection "a" to the caption of the filed Indictment for Count 3 and both will initial the same.

3. Although the Poll Sheet indicates that the Grand Jury did not return a true bill on Count 2, the undersigned Assistant United States Attorney and the Grand Jury foreperson will

strike Count 2, 18 U.S.C. § 922(j), from the Poll Sheet and ensure subsection "a" is included for Count 3 and both will initial the same.

4. The undersigned Assistant United States Attorney and the Grand Jury foreperson will strike Count 2, 18 U.S.C. § 922(j), from the filed summons and both will initial the same.

If after review of the aforementioned amendments, the Court finds the amendments resolve the concerns involving the grand jury return in this matter, the Court will approve the indictment, nunc pro tunc, to May 1, 2025.

The Government's Note of Explanation, signed by the Assistant United States Attorney, will also be reviewed by the Foreperson for the Grand Jury and signed as confirmation of that review. This document will be placed into the record.

Dated: May 5, 2025
      Washington, D.C.

      Respectfully submitted,

      EDWARD R. MARTIN, JR.
      UNITED STATES ATTORNEY

By: __/s/ Rajbir Datta__
      RAJBIR DATTA
      N.Y. Bar No. 5206073
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20570
      (202) 252-7687

Reviewed by:

[redacted]

Foreperson of Grand Jury 24-5
In an for the District of Columbia