UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

            v.                    :

ROBERT GEIGER,               :      Case No. 25-CR-130 (TNM)

     Defendant.              :

                                       :

## STATEMENT OF THE OFFENSE

Had this case proceeded to trial, the government's evidence would have established beyond a reasonable doubt that on March 11, 2024, at approximately 7:25 p.m., Officers Shazier and Suarez of the Washington D.C. Metropolitan Police Department (MPD) observed Robert Geiger seated in the driver's seat of a Black Mitsubishi SUV bearing West Virginia Registration 916933A with its front head lights on and heavily tinted front and rear windows on the 1500 block of S Street Southeast MPD Officers, on patrol due to an, at the time, a March 9, 2024 unsolved firearm homicide on the 1400 block of Ridge Avenue Southeast, approached Robert Geiger's vehicle due to the belief it was idling and the dark tinted windows, a violation of D.C. Code 55.2207.02.

The driver, later identified as Robert Geiger, was the only individual in the vehicle and was seated in the driver's seat, with the keys in the ignition. Upon approach, MPD officers observed Robert Geiger place an object on the right side of his body and further observed Robert Geiger position his shirt over his waistband.

As a result, the officers requested Robert Geiger exit the vehicle and after a protective pat down, the officers discovered a loaded 9 mm caliber Glock 19 with an extended magazine holding 25 rounds of 9mm ammunition in Geiger's waistband.

1

The defendant acknowledges that at the time he possessed the above described firearm, he had previously been convicted of an offense for which the penalty was greater than one year of imprisonment, to wit, Assault in the Second Degree (Maryland Case # 08-K-16-000818); Possession with Intent to Distribute a Controlled Substance - Cocaine (D.C. Case # 2013-CF2-005633); and, Possession of a Controlled Substance - Cocaine (D.C. Case # 2013-CMS-000160).

The defendant also agrees and acknowledges that at the time he possessed the firearm, he was aware that he had a previous conviction for an offense for which the penalty was greater than one year of imprisonment, that the firearm had been shipped or transported from one state to another, and that the firearm was capable of expelling a projectile by means of an explosive.

_____
Rajbir S. Datta
Assistant United States Attorney

2

**Defendant's Acceptance**

I have read this Statement of Offense and carefully reviewed every part of it with my attorney.  I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it.  I fully understand this Statement of Offense and voluntarily agree to it.   No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense.  No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

10-30-25
Date

ROBERT GEIGER
Defendant

**Defense Counsel's Acknowledgment**

I am Robert Geiger's attorney.  I have reviewed every part of this Statement of Offense with him.  It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

10-30-25
Date

MARIA JACOB
Attorney for the Defendant

3